1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JOHN D. COOKE (CABN 233267)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       E-Mail: John.Cooke@usdoj.gov
8
   Attorneys for the United States of America
9

10                      UNITED STATES DISTRICT COURT
11                      NORTHERN DISTRICT OF CALIFORNIA
12                             OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,          )  No. CR-10-00289 SBA
                                        )
14 |       v.                           )  [PROPOSED] ORDER EXCLUDING
                                        )  TIME FROM APRIL 16, 2010 TO APRIL
15 | JOSE IRAHETA,                      )  21, 2010 FROM SPEEDY TRIAL ACT
       a/k/a Jose Luis Iraheta          )  CALCULATION (18 U.S.C. §§
16     a/k/a Jose Luis Iraheta-Santos   )  3161(h)(7)(A) and (B))
       a/k/a Angel Ordonez              )
17     a/k/a Lazaro Orreyano-Ramirez    )
       a/k/a Lazaro Ramirez             )
18     a/k/a Lazaro Orellana Ramirez    )
       a/k/a Angel Milton Rodriguez     )
19     a/k/a Jose Santos,               )
                                        )
20        Defendant.                    )
                                        )
21 |_____ )

22     Defendant Jose Iraheta was arraigned on the indictment before the Court on April 16,
23 2010. At that time counsel for the defendant indicated she would need time both to review
24 discovery materials and to meet with her client. The Court set an appearance date of April 21,
25 2010, for a detention hearing. The Court then ordered that time should be excluded from the
26 Speedy Trial Act calculation from April 16, 2010 through April 21, 2010, for effective
27 preparation of defense counsel. With the agreement of the parties, the Court enters this order
28 documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and

CR-10-00289 SBA
[Proposed] Order Excluding Time

1  (B), from April 16, 2010 through April 21, 2010.

2  The parties agreed, and the Court found and held, as follows:

3  1. The parties agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have time to meet with his client and review newly-produced discovery, taking into account the exercise of due diligence.

6  2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 16, 2010 to April 21, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

10  3. Accordingly, with the consent of defendant's attorney, the Court ordered that the period from April 16, 2010 to April 21, 2010, be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

DATED: 4/16/2010

GRANTED
Judge Donna M. Ryu

HON. DONNA M. RYU
United States Magistrate Judge

CR-10-00289 SBA
[Proposed] Order Excluding Time