**FILED**

APR 21 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-10-00289-SBA (DMR) |
| Plaintiff,  ) | |
| v.  ) | DETENTION ORDER |
| JOSE IRAHETA,  ) | |
| Defendant.  ) | |

## I. DETENTION ORDER

Defendant Jose Iraheta is charged in a one-count indictment with illegally re-entering the United States following deportation, in violation of 8 U.S.C. §1326. On April 16, 2010, the United States moved for Mr. Iraheta's detention pursuant to 18 U.S.C. § 3142(f)(2)(A) (because there is a serious risk that the defendant will flee). Mr. Iraheta did not request a full bail study. Pretrial Services did prepare a criminal record report. On April 21, 2010, Mr. Iraheta waived his right to proffer information at this time (*see* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present information by proffer or otherwise)), but expressly

DETENTION ORDER
CR 10-00289-SBA (DMR)                   1

cc: Copies to parties via ECF, Lisa, Pretrial Services, 2 Certified Copies to US Marshal

reserved his right to raise additional relevant information at a later hearing should circumstances change.

After considering the limited information available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Iraheta because the preponderance of the evidence indicates that Mr. Iraheta poses a serious risk of flight and no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985). This order is based on the nature of the charge.

## II. CONCLUSION

The Court detains Mr. Iraheta as a serious flight risk. Because Mr. Iraheta waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at defendant's request at any future time. Mr. Iraheta shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: April 21, 2010

DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 10-00289-SBA (DMR)                    2