1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
4   JOHN D. COOKE (CABN 233267)
    Special Assistant United States Attorney
5
6       1301 Clay Street, Suite 340S
        Oakland, CA 94612
7       Telephone: (510) 637-3680
        Fax: (510) 637-3724
8       E-Mail: John.Cooke@usdoj.gov

9   Attorneys for the United States of America

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR-10-00289 SBA
                                       )
14          v.                         )    [PROPOSED] ORDER EXCLUDING
                                       )    TIME FROM APRIL 21, 2010 TO MAY 4,
15  JOSE IRAHETA,                      )    2010 FROM SPEEDY TRIAL ACT
         a/k/a Jose Luis Iraheta       )    CALCULATION (18 U.S.C. §§
16       a/k/a Jose Luis Iraheta-Santos )   3161(h)(7)(A) and (B))
         a/k/a Angel Ordonez           )
17       a/k/a Lazaro Orreyano-Ramirez )
         a/k/a Lazaro Ramirez          )
18       a/k/a Lazaro Orellana Ramirez )
         a/k/a Angel Milton Rodriguez  )
19       a/k/a Jose Santos,            )
                                       )
20          Defendant.                 )
                                       )
21  _____ )

22          Defendant Jose Iraheta appeared before the Court on April 21, 2010 for a detention

23  hearing.  At that time, the parties indicated that they would need time to engage in the production

24  of discovery, and counsel for the defendant indicated she would need time to review discovery

25  materials already produced.  The Court set an appearance date of May 4, 2010, for status and trial

26  setting, before the Hon. Saundra Brown Armstrong.  The Court then ordered that time should be

27  excluded from the Speedy Trial Act calculation from April 21, 2010 through May 4, 2010, for

28  production of discovery and effective preparation of defense counsel.  With the agreement of the

1    parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act,

2    18 U.S.C. §§ 3161(h)(7)(A) and (B), from April 21, 2010 through May 4, 2010.

3            The parties agreed, and the Court found and held, as follows:

4            1.      The parties agreed to the exclusion of time under the Speedy Trial Act so that the

5    parties would have time to engage in the production of discovery and so that defense counsel

6    would have time to review recently produced discovery, taking into account the exercise of due

7    diligence.

8            2.      Given these circumstances, the Court found that the ends of justice served by

9    excluding the period from April 21, 2010 to May 4, 2010 from Speedy Trial Act calculations

10   outweighs the interests of the public and the defendant in a speedy trial by allowing time for the

11   defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

12           3.      Accordingly, with the consent of the defendant's attorney, the Court ordered that

13   the period from April 21, 2010 to May 4, 2010, be excluded from Speedy Trial Act calculations,

14   pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

16           IT IS SO ORDERED.

18   DATED: _____4/22/2010_____

                                          GRANTED

                                          _____
19                                        HON. DONNA M. RYU
                                          United States Magistrate Judge