BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant IRAHETA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-289 SBA |
| ) Plaintiff, ) | ORDER |
| ) vs. ) | |
| JOSE IRAHETA, ) | |
| ) Defendant. ) | |
| _____ ) | |

# **ORDER**

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for May 4, 2010 before the Honorable Saundra Brown Armstrong, is VACATED and RESET to June *8*, 2010, at 9:00 a.m.

IT IS FURTHER ORDERED that the time from May 4, 2010 to June 1, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in

1  a speedy and public trial and the failure to grant the requested continuance would unreasonably
2  deny counsel the reasonable time necessary for effective preparation, taking into account due
3  diligence, given the need for the government to obtain and provide additional discovery to the
4  defense, and the defense to review that discovery and to investigate the case.
5       SO ORDERED.

7  DATED:5/3/10                                    _____
                                                   SAUNDRA BROWN ARMSTRONG
8                                                  United States District Judge

*U.S. v. Iraheta*, CR 10-289 SBA
 Stipulation                                    2